```
                                         JS-6
```

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALFRED OCAMPO,<br><br>              Plaintiff,<br><br>        v.<br><br>VALENCIA B. IMPORTS, INC. and BMW OF NORTH AMERICA, LLC,<br><br>              Defendants. | Case No. ED CV 18-2635 FMO (SPx)<br><br>**JUDGMENT** |

Pursuant to the plaintiff's notice of acceptance of defendant's offer of compromise (Dkt. 10), IT IS ADJUDGED THAT:

1. BMW of North America, LLC ("BMW") will repurchase the vehicle at issue in this action for the sum of $35,000,00, which includes reimbursing plaintiff for his lease payments and discharging his remaining obligation on the lease.

2. Plaintiff shall return the subject vehicle to a mutually agreeable southern California authorized BMW dealership, and shall on the same date execute the California Department of Motor Vehicles Forms including DMV form 262 necessary to transfer title of the subject vehicle free and clear of all liens and encumbrances (other than the lender's or lessor's interest in the vehicle).

3. BMW will pay plaintiff's costs, expenses and attorney's fees, in accordance with California Civil Code § 1794(d), as determined by agreement of the parties or noticed motion. BMW shall not be liable for a fee multiplier greater than 1.00.

4. This action is **dismissed with prejudice**.

Dated this 14th day of January, 2019.

                                                                /s/
                                         Fernando M. Olguin
                                      United States District Judge