# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED OCAMPO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VALENCIA B. IMPORTS, INC. and BMW OF NORTH AMERICA, LLC,<br><br>　　　　Defendants. | Case No. ED CV 18-2635 FMO (SPx)<br><br>**JUDGMENT Re: ATTORNEY'S FEES** |

Pursuant to the plaintiff's Motion for $39,235.61 in Attorneys' Fees and Costs (Dkt. 12-1), IT IS ADJUDGED THAT:

1. BMW will pay plaintiff's costs, expenses and attorney's fees, in the amount of $31,518.36.

Dated this 13th day of February, 2019.

　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　　　United States District Judge